# In the United States Court of Federal Claims

No. 21-2067C
(Filed: January 5, 2023)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| WILLIAM ALMOND, *et al.*, | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court is in receipt of Plaintiffs' motion for voluntary dismissal pursuant to Rule 41(a).  *See* Motion (ECF 9).  The Court **GRANTS** the motion and, accordingly, the case is dismissed, without prejudice, with each party to bear their own court costs.

The Clerk is directed to enter judgment.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge
